**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PT INSURANCE GROUP, LLC, | ) | Case No. 11 B 40116 |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | **Hearing Date:** **August 16, 2012** |
| | ) | **Hearing Time:** **10:30 a.m.** |
| | ) | **Courtroom:** **644** |

**COVER SHEET FOR FINAL ALLOWANCE OF PROFESSIONAL
COMPENSATION AND EXPENSES INCURRED AS COUNSEL TO THE DEBTOR**

Name of Applicant:             FrankGecker LLP

Authorized to Provide          PT Insurance Group, LLC
Professional Services to:

Period for which               October 1, 2011 through July 16, 2012
Compensation is Sought:

Amount of Fees for which
Approval is Sought:            $36,121.50

Amount of Expense             $613.25
Reimbursement for which
Approval is Sought:

Amount of Prepetition Retainer $21,595.54
to be Applied:
Total
This is a:                     First and Final Application

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: Prior to the Petition Date, FrankGecker LLP received a retainer in the amount of $20,000. Of this amount, $7,404 was applied prior to the Petition date, with $12,595.54 remaining unapplied. FG proposes to apply this amount in partial satisfaction of fees approved pursuant to this Application.